US00D559850S

| (12) | United States Design Patent | (10) Patent No.: | US D559,850 S |
|---|---|---|---|
| | Lye | (45) Date of Patent: ** | Jan. 15, 2008 |

(54) **LAPTOP STAND**

(76) Inventor: **Kok Hong Lye**, 262 7th St., San Francisco, CA (US) 94103

(**) Term: **14 Years**

(21) Appl. No.: **29/271,417**

(22) Filed: **Jan. 17, 2007**

(51) **LOC (8) Cl.** ................................................ **14-03**
(52) **U.S. Cl.** ................................................... **D14/447**
(58) **Field of Classification Search** ............... D14/316, D14/356, 375, 376, 432, 434, 439, 447, 448, D14/451, 452, 457, 460, 328, 324, 405; D6/300, D6/310, 311, 312, 419, 449, 512, 513; D19/20, D19/89, 90, 91; 108/10, 28, 32, 6; 248/442.2, 248/454, 457, 460, 371, 447, 393, 398, 127, 248/133, 136, 178.1, 455, 349.1, 346.03, 248/176.1, 346.06, 346.04, 346.07, 346.01, 248/441.1, 917, 918, 919, 920, 921, 922, 248/923, 924; 361/683, 686

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D290,706 S | * | 7/1987 | Peart et al. | ................. | D14/451 |
| D321,293 S | * | 11/1991 | Kucsak | ........................ | D6/419 |
| D344,076 S | | 2/1994 | Zahabi | | |
| 5,358,208 A | * | 10/1994 | Moseley et al. | ......... | 248/441.1 |
| D409,992 S | * | 5/1999 | Mockett | ..................... | D14/451 |
| D436,760 S | * | 1/2001 | Dow | ............................ | D6/474 |
| D451,306 S | * | 12/2001 | Dow | ............................ | D6/474 |
| D483,767 S | | 12/2003 | Green et al. | | |
| 2005/0269477 A1 | * | 12/2005 | Chen et al. | ............ | 248/346.03 |

OTHER PUBLICATIONS

mStand, copyright 2003, http://www.raindesigninc.com/mstand_reviews.html.*

* cited by examiner

*Primary Examiner*—Cathron Brooks
*Assistant Examiner*—Angela J Lee

(57) **CLAIM**

The ornamental design for a laptop stand, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a laptop stand showing my new design;

FIG. **2** is a right side elevational view thereof;

FIG. **3** is a top plan view thereof;

FIG. **4** is a left side elevational view thereof;

FIG. **5** is a front elevational view thereof; and,

FIG. **6** is a back elevational view thereof.

**1 Claim, 3 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6