

全球招商

Main ▾    Products    Support    Contacts    Spinido Store

Your Position: Home > Product > Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

# Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

**Product Specification:**

Without swivel base

With swivel base

Choose your country to Amazon:

| USA | Canada | UK | France | Spain | Italy |

**Buy at Amazon**    **Now inquiry**

Share this product:












English / 中文 / Deutsch / 日本語   SIGN IN / REGISTER

全球招商

Main ▾   Products   Support   Contacts   Spinido Store

Your Position: Home > Product > Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

# Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

Product Specification:

Without swivel base

With swivel base

Choose your country to Amazon:

| USA | Canada | UK | France | Spain | Italy |

**Buy at Amazon**

**Now inquiry**

Share this product:













English / 中文 / Deutsch / 日本語    SIGN IN / REGISTER

全球招商

Main ▾    Products    Support    Contacts    Spinido Store

Your Position: Home > Product > Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

## Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

Product Specification:

Without swivel base

With swivel base

Choose your country to Amazon:

| USA | Canada | UK | France | Spain | Italy |

**Buy at Amazon**    **Now inquiry**

Share this product:





Your Position: Home › Product › Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

Main ▾   Products   Support   Contacts   Spinido Store

全球招商

English / 中文 / Deutsch / 日本語   SIGN IN / REGISTER

## Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

Product Specification:

Without swivel base

With swivel base

Choose your country to Amazon:

USA | Canada | UK | France | Spain | Italy

Buy at Amazon

Now inquiry

Share this product:





English / 中文 / Deutsch / 日本語   SIGN IN / REGISTER

全球招商

Main ▾    Products    Support    Contacts    Spinido Store

Your Position: Home > Product > Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

## Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

Product Specification:

Without swivel base

With swivel base

Choose your country to Amazon:

| USA | Canada | UK | France | Spain | Italy |

**Buy at Amazon**

**Now inquiry**

Share this product:










English / 中文 / Deutsch / 日本語    SIGN IN / REGISTER

全球招商

Main ▾    Products    Support    Contacts    Spinido Store

Your Position: Home > Product > Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

## Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

Product Specification:

Without swivel base

With swivel base

Choose your country to Amazon:

USA 🇺🇸 | Canada | UK | France | Spain | Italy

**Buy at Amazon**    **Now inquiry**

Share this product:














English / 中文 / Deutsch / 日本語    SIGN IN / REGISTER

全球招商

Main ▾    Products    Support    Contacts    Spinido Store

Your Position: Home > Product > Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

## Spinido® TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks, (Silver)

Product Specification:

Without swivel base

With swivel base

Choose your country to Amazon:

| USA | Canada | UK | France | Spain | Italy |

**Buy at Amazon**

**Now inquiry**

Share this product:











