

February 2, 2017

Spinido Inc.
36 S. 18th Ave., Suite A
Brighton, CO 80601

Spinido Inc.
Attn: Jinhua Chen (Agent for Service)
305 W. South Ave.
Woodland Park, CO 80863

Jinhua Chen
506 N. Garfield Ave. #210
Alhambra, CA 91801

RE: Continued Willful Infringement of Rain Design, Inc.'s patent by Spinido Inc.

To Whom It May Concern:

This letter follows up on my October 20, 2015 letter to Spinido, wherein I set forth Spinido's clear infringement of United States Patent No. D559,850, to which my client, Rain Design, Inc. ("Rain Design") owns an exclusive license.

Despite my letter of over a year ago, which provided notice to Spinido of its infringement of Rain Design's patent, and despite having been prevented by Amazon.com from continuing such infringing activity through the Amazon.com website, it has come to our attention that Spinido has escalated its willful infringement by opening an online store to sell its infringing products.

Specifically, at least the following products sold on that online store infringe Rain Design's above-mentioned patent by, in part, being offered for sale by Spinido:

(1) TI-Station Laptop Aluminum Cooling Stand For Macbook and All Notebooks (both with swivel base and without swivel base): offered for sale at http://www.spinidostore.com/tistation-laptop-aluminum-cooling-stand-for-macbook-and-all-notebooks-silver-p-215.html (last checked Feb. 2, 2017);

(2) Exquisite Aluminum Cooling Laptop stand for Apple Macbook and All Notebooks: offered for sale at http://www.spinidostore.com/exquisite-aluminum-cooling-laptop-stand-for-apple-macbook-and-all-notebooks-p-223.html (last checked Feb. 2, 2017); and

EcoTech Law Group, P.C. • 5 Third St. Ste. 501, San Francisco, CA 94103
Email: dara.tabesh@ecotechlaw.com • Phone: 415.595.9208 • Fax: 415.651.8639


2 | Page

(3) Laptop stand, Spinido® Premium Exquisite Aluminum Laptop stand: offered for sale at http://www.spinidostore.com/laptop-standspinido%C2%AE-premium-exquisite-aluminum-laptop-stand-adjustable-magnesiumaluminium-phone-holder-for-all-laptops-phonessliver-p-247.html (last checked Feb. 2, 2017).

Spinido's continued willful infringement of Rain Design's patent is manifest. Accordingly, Rain Design hereby demands that Spinido: (a) cease and desist its infringing activity, including but not limited to ceasing and desisting sale of these and any other infringing products; (b) remove any reference to the above-listed infringing products from its website, and any other website that offers these infringing products for sale; (c) immediately destroy its inventory of these infringing products; and (d) enter into a settlement agreement whereby Spinido agrees to cease all infringing activity going forward, lest it be subject to financial penalties payable to Rain Design.

As you should now, should Rain Design choose to bring suit, it will be able to collect *treble* damages for willful patent infringement under 35 U.S.C. § 284 and attorney fees under 35 U.S.C. § 285. Accordingly, failure of Spinido to confirm that it has abided by terms (a)-(c), above, and/or failure to reach out to me regarding term (d), above, and agree to such a settlement agreement, will result in my client immediately bringing a lawsuit in federal court alleging, *inter alia*, willful patent infringement. Please confirm to me in writing by Friday, February 10, 2017, that Spinido has abided by these demands and that it has ceased and desisted from engaging in any other infringing activity against my client.

I may be reached using the contact information listed in the footer of this letter.

Sincerely,

Dara Tabesh
EcoTech Law Group, P.C.