United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIN DESIGN, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SPINIDO, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03681-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT AND TRANSFERRING CASE**<br><br>Re: Dkt. Nos. 22, 27 |

The Court has reviewed Magistrate Judge Corley's Report and Recommendation Re Motion for Default Judgment, as well as objections to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Default Judgment is **DENIED** due to lack of personal jurisdiction. Because a lack of personal jurisdiction is a defect capable of being cured, the Court will transfer the case, pursuant to 28 U.S.C. § 1631, instead of dismissing it outright. The Clerk is **DIRECTED** to transfer the case to the District of Colorado, and to close the file.

**IT IS SO ORDERED.**

Dated: 2/8/2019

　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge